IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL E. ROGERS,<br><br>    Defendant.<br>_____/ | No. CR 95-0196 MMC<br><br>**ORDER RE: DEFENDANT'S MOTION TO REMOVE ICE ARREST REQUEST FROM THAILAND COMPUTER BASE** |

Before the Court is defendant Daniel E. Roger's "Motion to Remove ICE Arrest Request from Thailand Computer Base," filed May 1, 2014, in which defendant asserts that each time he enters Thailand, he is temporarily detained "because the ICE arrest request is still active on the Thai passport computer." (See Mot. at 1.) Defendant seeks a court order directing United States Immigration and Customs Enforcement ("ICE") to contact Thailand officials and cause the request to be removed from Thailand's records. Having read and considered the motion, the Court rules as follows.

As reflected in the district court's records for the above-titled action, a bench warrant for defendant's arrest was issued on May 11, 1995 by a district court judge, and, on January 14, 2004, defendant having been arrested, the warrant was returned as executed. (See Doc. No. 111.)[1] Consequently, at least with respect to the official records of the

---

[1] Subsequently, defendant was convicted of the charges set forth in the indictment, and was sentenced to a fifty-one month term of imprisonment, to be followed by a two-year period of supervised release. (See Doc. No. 162.) Defendant has served the prison term, and the supervised release term has now expired.

1  district court, no active warrant exists and no further action by the Court is necessary.
2  Additionally, the Court has been advised that ICE's records likewise show the warrant is no
3  longer outstanding.
4        To the extent the records maintained by the Thai authorities have not been brought
5  up to date, the Court notes that ICE is not a party to the instant case, and, consequently,
6  the Court lacks authority, in the context of said case, to direct ICE to take any particular
7  action. The Court has been further advised, however, that ICE, having been apprised of
8  defendant's motion, may contact the Thai authorities to inform them of the correct status of
9  the subject warrant.
10       Accordingly, no additional action will be taken on defendant's motion.
11 **IT IS SO ORDERED.**
12
13 Dated: May 13, 2014
14                                        MAXINE M. CHESNEY
                                       United States District Judge